UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vishal KUMAR,<br><br>        Petitioner,<br><br>v.<br><br>WARDEN OF IMPERIAL REGIONAL DETENTION FACILITY, et al.,<br><br>        Respondents. | Case No.: 26-cv-0460-AGS-AHG<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

  Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner "is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 4, at 2.) The Court agrees. Accordingly, the habeas application is **GRANTED**.

  Respondents must provide petitioner with a bond hearing before an immigration judge by **February 16, 2026**.

Dated: January 31, 2026

                  _____
                  Hon. Andrew G. Schopler
                  United States District Judge